IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN J. WEBB,
ADC # 141031                                                                                        PLAINTIFF

V.                                    5:09-cv-00332-JMM-JJV

RICHARD L. CLARK, Sgt., Maximum
Security Unit, Arkansas Department of
Correction; *et al.*                                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      The Motion for Partial Summary Judgment (Doc. No. 35) filed by Defendants is GRANTED;

2.      The claims against Defendants Farver and Baker are DISMISSED without prejudice for failure to exhaust administrative remedies; and

3.      The official capacity claims against Defendants Clark and Parker are DISMISSED with prejudice.

DATED this   13   day of  September, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE