## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BRIAN J. WEBB
ADC # 141031                                                                                          PLAINTIFF

V.                                         5:09-cv-00332-JMM-JJV

RICHARD L. CLARK, *et al.*                                                                   DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint is DISMISSED WITH PREJUDICE based on Defendants' entitlement to qualified immunity.

DATED this  22   day of December, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE