**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BRIAN J. WEBB
ADC # 141031                                                                                                   PLAINTIFF

V.                                 5:09-cv-00332-JMM-JJV

RICHARD L. CLARK, *et al.*                                                 DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

DATED this __22__ day of December, 2010.

                                                                   _____
                                                                   JAMES M. MOODY
                                                                   UNITED STATES DISTRICT JUDGE